UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS LLUBERES,

Movant,

-against-

UNITED STATES OF AMERICA,

Respondent.

26-CV-505 (VSB)

20-CR-493-1 (VSB)

ORDER

VERNON S. BRODERICK, United States District Judge:

As previously indicated, the Court again directs the parties to ensure that all future submissions are docketed in both the civil matter, *Lluberes v. United States of America*, No. 26-CV-505 (S.D.N.Y. Jan. 18, 2026), and the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-1 (S.D.N.Y).

To ensure that all documents related to Movant's Motion to Vacate are docketed in the civil matter, the Clerk of Court is respectfully directed to docket the following documents from the underlying criminal matter, *USA v. Lluberes*, 20-CR-493-VSB-1 (S.D.N.Y), in the civil matter, *Lluberes v. United States of America*, No. 26-CV-505 (S.D.N.Y. Jan. 18, 2026), as well: Document 374 (Petitioner's Fourth Pro Se Motion for a Thirty Day Extension of Time).

SO ORDERED.

Dated: July 24, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge